JUDGE RAKOFF

Lisa M. Lewis (LL 6695)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
Suite 2400
New York, New York 10112
(212) 332-3800

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

07 CIV 7695

---

FLORENS CONTAINER INC.,

Plaintiff,

v.

IMS SHIP MANAGEMENT PVT. LTD.,

Defendant.

Civil Action No.

**CORPORATE DISCLOSURE STATEMENT PURSUANT TO RULE 7.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE**

---

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, plaintiff Florens Container Inc. certifies that (1) it is a wholly owned subsidiary of Florens U.S. Holdings Inc. and (2) COSCO Pacific Limited, a company publicly traded on the Hong Kong Stock Exchange, is its ultimate corporate parent.

Dated: New York, New York
August 29, 2007

SHEPPARD, MULLIN, RICHTER & HAMPTON LLP

By: _____
Lisa M. Lewis (LL 6695)

30 Rockefeller Plaza
Suite 2400
New York, NY 10112
Telephone: (212) 332-3800
Facsimile: (212) 332-3888

Attorneys for Plaintiff Florens Container Inc.