

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORENS CONTAINER INC.,

        Plaintiff,

v.

IMS SHIP MANAGEMENT PVT. LTD.,

        Defendant.

Civil Action No.

**SUMMONS**

07 CIV 7695

TO:   IMS SHIP MANAGEMENT PVT. LTD.

**YOU ARE HEREBY SUMMONED** and required to serve upon Plaintiff's attorneys, Sheppard, Mullin, Richter & Hampton LLP, whose address is 30 Rockefeller Plaza, Suite 2400, New York, New York 10112, an answer to the complaint which is herewith served upon you, within twenty (20) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. MICHAEL McMAHON
_Clerk_

Date AUG 29 2007

(By) Deputy Clerk

W02-WEST:7LAL1\400402401.1        -1-

AO 440 (Rev. 8/01) Summons in a Civil Action

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE  November 16, 2007 |
| NAME OF SERVER *(PRINT)*  Lisa Lewis | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): Registered International mail Certified return receipt requested in accordance Rule B(2)(b) of the supplemental Rules for Admiralty and by Federal Express

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL  $0.00 |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  11/16/07                    /s/ Lisa Lewis
                    Date                            Signature of Server

SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza   Suite 2400
New York, NY 10112
                    *Address of Server*

Mary Lee Evers
MARY LEE EVERS
NOTARY PUBLIC, State of New York
No. 31-4819853
Qualified in New York County
Commission Expires February 28, 2011

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.



**Registered No.** RE232893835US

**Date Stamp**

To Be Completed By Post Office

| | | | | |
|---|---|---|---|---|
| Reg. Fee | $10.1[redacted] | | | 0056 |
| Handling Charge | $0.00 | Return Receipt | $2.15 | 05 |
| Postage | $4.50 | Restricted Delivery | $0.00 | 11/16/07 |
| Received by | | | | |

Customer Must Declare Full Value $ $0.00

Domestic Insurance up to $25,000 is included based upon the **declared value.** International Indemnity is limited. (See Reverse).

OFFICIAL USE

10020

To Be Completed By Customer (Please Print)
All Entries Must Be in Ballpoint or Typed

FROM
SHEPPARD MULLIN RIGHTER e HAMPTON
30 Rockefeller Center
24th FLOOR NEW YORK N.Y. 10112

TO
CAPT. [illegible] C Sood MANAGING DIRECTOR
IMS SHIP MANAGEMENT PVT LTD
12A EARNEST HOUSE 194 NCPA MARG
NARIMAN POINT MUMBAI 400 021 INDIA
Return Receipt International MAIL LC544163496US

PS Form **3806**, **Receipt for Registered Mail** *Copy 1 - Customer*
May 2007 (7530-02-000-9051) *(See Information on Reverse)*
For domestic delivery information, visit our website at *www.usps.com* ®

From: Origin ID: NYCA (212) 332-3884
Mary Lee Evers
SMRH
30 Rockefeller Center

New York, NY 10112
UNITED STATES



Ship Date: 16NOV07
ActWgt: 1 LB
System#: 9353491/INET7091
Account#: S *********
TotWgt: 1 LB

SHIP TO: 2123323884    BILL SENDER

REF: 03ML.132646
DESC-1: Legal Documents
DESC-2:
DESC-3:
DESC-4:
EEI: NO EEI 30.37(a)
COUNTRY MFG: US
CARRIAGE VALUE: .00 USD
CUSTOMS VALUE: USD
T/C: S 302672369    D/T: R
SIGN: Mary Lee Evers
EIN/VAT:

**IMS Ship Management Pvt. Ltd.**
**12-A, Earnest House**
**194, NCPA Marg, Nariman Point**

**Mumbai, 400021**
IN



TRK# 7918 0131 9053    IP ENVELOPE    PM
0430

X6-BOMA    DEL -IN 400021



These commodities, technology, or software were exported from the United States in accordance with the export administration regulations. Diversion contrary to United States law prohibited

The Warsaw Convention may apply and will govern and in most cases limit the liability of Federal Express for loss or delay of or damage to your shipment. Subject to the conditions of the contract.

**CONSIGNEE COPY - PLEASE PLACE IN POUCH**

---

**Shipping Label: Your shipment is complete This shipping label constitutes the air waybill for this shipment.**
1. Use the "Print" feature from your browser to send this page to your laser or inkjet printer. Fold the printed page along the horizontal line.
2. Place 2 originals of the shipping label in the pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.
Warning: Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.

LEGAL TERMS AND CONDITIONS OF FEDEX SHIPPING DEFINITIONS. On this Air Waybill, "we", "our", "us", and "FedEx" refer to Federal Express Corporation, its subsidiaries and branches and their respective employees, agents, and independent contractors. The terms "you" and "your" refer to the shipper, its employees, principals and agents. If your shipment originates outside the United States, your contract of carriage is with the FedEx subsidiary, branch or independent contractor who originally accepts the shipment from you. The term "package" means any container or envelope that is accepted by us for delivery, including any such items tendered by you utilizing our automated systems, meters, manifests or waybills. The term "shipment" means all packages which are tendered to and accepted by us on a single Air Waybill. AIR CARRIAGE NOTICE. For any international shipments by air, the Warsaw Convention, as amended, may be applicable. The Warsaw Convention, as amended, will then govern and in most cases limit FedEx's liability for loss, delay of, or damage to your shipment. The Warsaw Convention, as amended, limits FedEx's liability. For example in the U.S. liability is limited to $9.07 per pound (20$ per kilogram), unless a higher value for carriage is declared as described below and you pay any applicable supplementary charges. The interpretation and operation of the Warsaw Convention's liability limits may vary in each country. There are no specific stoppingplaces which are agreed to and FedEx reserves the right to route the shipment in any way FedEx deems appropriate. ROAD TRANSPORT NOTICE. Shipments transported solely by road to or from a country which is a party to the Warsaw Convention or the Contract for the International Carriage of Goods by Road (the "CMR") are subject to the terms and conditions of the CMR, notwithstanding any other provision of this Air Waybill to the contrary. For those shipments transported solely by road, if a conflict arises between the provisions of the CMR and this Air Waybill, the terms of the CMR shall prevail. LIMITATION OF LIABILITY. If not governed by the Warsaw Convention, the CMR, or other international treaties, laws, other government regulations, orders, or requirements, FedEx's maximum liability for damage, loss, delay, shortage, misdelivery, nondelivery, misinformation or failure to provide information in connection with your shipment is limited by this Agreement and as set out in the terms and conditions of the contract of carriage. Please refer to the contract of carriage set forth in the applicable FedEx Service Guide or its equivelent to determine the contractual limitation. FedEx does not provide cargo liability or all-risk insurance, but you may pay an additional charge for each additional U.S. $100 (or equivlent local currency for the country of origin) of declared value for carriage. If a higher value for carriage is declared and the additional charge is paid, FedEx's maximum liability will be the lesser of the declared value for carriage or your actual damages. LIABILITIES NOT ASSUMED. IN ANY EVENT, FEDEX WON'T BE LIABLE FOR ANY DAMAGES, WHETHER DIRECT, INDIRECT, INCIDENTAL, SPECIAL OR CONSEQUENTIAL IN EXCESS OF THE DECLARED VALUE FOR CARRIAGE (INCLUDING BUT NOT LIMITED TO LOSS OF INCOME OR PROFITS) OR THE ACTUAL VALUE OF THE SHIPMENT, IF LOWER, WHETHER OR NOT FEDEX HAD ANY KNOWLEDGE THAT SUCH DAMAGES MIGHT BE INCURRED. FedEx won't be liable for your acts or omissions, including but not limited to incorrect declaration of cargo, improper or insufficient packaging, securing, marking or addressing of the shipment, or for the acts or omissions of the recipient or anyone else with an interest in the shipment or violations by any party of the terms of this agreement. FedEx won't be liable for damage, loss, delay, shortage, misdelivery, nondelivery, misinformation or failure to provide information in connection with shipments of cash, currency or other prohibited items or in instances beyond our control, such as acts of God, perils of the air, weather conditions, mechanical delays, acts of public enemies, war, strike, civil commotion, or acts or omissions of public authorities(including cutoms and health officials) with actual or apparent authority. NO WARRANTY. We make no warranties, express or implied. CLAIMS FOR LOSS, DAMAGE OR DELAY. ALL CLAIMS MUST BE MADE IN WRITING AND WITHIN STRICT TIME LIMITS. SEE OUR TARIFF, APPLICABLE FEDEX SERVICE GUIDE, OR STANDARD CONDITIONS OF CARRIAGE FOR DETAILS. The Warsaw Convention provides specific written claims procedures for damage, delay or non-delivery of your shipment. Moreover, the interpretation and operation of the Warsaw Convention's claims provisions may vary in each country. Refer to the Convention to determine the claims period for your shipment. The right to damages against us shall be extinguished unless an action is brought within two years, as set forth in the Convention. FedEx is not obligated to act on any claim until all transportation charges have been paid. The claim amount may not be deducted from the transportation charges. If the recipient accepts the shipment without noting any damage on the delivery record, FedEx will assume the shipment was delivered in good condition. In order for us to consider a claim for damage, the contents, original shipping carton and packing must be made available to us for inspection. MANDATORY LAW. Insofar as any provision contained or referred to in this Air Waybill may be contrary to any applicable international treaties, laws, government regulations, orders or requirements such provisions shall remain in effect as a part of our agreement to the extent that it is not overridden. The invalidity or unenforceability of any provisions shall not affect any other part of this Air Waybill. Unless otherwise indicated, FEDERAL EXPRESS CORPORATION, 2005 Corporate Avenue, Memphis, TN 38132, USA, is the first carrier of this shipment. Email address located at www.fedex.com.



Español | Customer Support | FedEx Locations    Search    Go

Package/Envelope    Freight    Expedited    Office/Print Services
Ship ▸    Track ▸    Manage ▸    Business Solutions ▸

Track Shipments/FedEx Kinko's Orders    Printable Version    Quick Help
## Detailed Results

| | | | | |
|---|---|---|---|---|
| Tracking number | 791801319053 | Reference | 13ML.132646 | **Wrong Address?** Reduce future mistakes by using FedEx Address Checker. |
| Signed for by | .VISHRAM | Destination | MUMBAI IN | |
| Ship date | Nov 16, 2007 | Delivered to | Receptionist/Front Desk | Tracking a FedEx SmartPost Shipment? Go to shipper login |
| Delivery date | Nov 21, 2007 11:23 AM | Service type | Priority Envelope | |
| | | Weight | 1.0 lbs. | |
| Status | Delivered | | | |
| Signature image available | No | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Nov 21, 2007 | 11:23 AM | Delivered | MUMBAI IN | |
| | 5:59 AM | On FedEx vehicle for delivery | MUMBAI IN | |
| | 5:57 AM | At local FedEx facility | MUMBAI IN | |
| Nov 20, 2007 | 10:37 PM | In transit | NEW DELHI IN | |
| | 7:00 PM | Int'l shipment release | NEW DELHI IN | |
| | 6:05 PM | Int'l shipment release | NEW DELHI IN | |
| | 5:43 PM | At dest sort facility | NEW DELHI IN | |
| | 5:43 PM | In transit | NEW DELHI IN | Package available for clearance |
| | 4:04 AM | In transit | PARIS FR | |
| Nov 19, 2007 | 10:15 PM | Departed FedEx location | PARIS FR | |
| | 7:21 PM | Arrived at FedEx location | PARIS FR | |
| Nov 18, 2007 | 8:33 PM | Departed FedEx location | MEMPHIS, TN | |
| | 12:38 PM | Departed FedEx location | MEMPHIS, TN | |
| | 10:18 AM | Arrived at FedEx location | MEMPHIS, TN | |
| | 8:13 AM | Departed FedEx location | NEWARK, NJ | |
| Nov 16, 2007 | 10:29 PM | Left origin | NEW YORK, NY | |
| | 7:42 PM | Picked up | NEW YORK, NY | |
| | 3:47 PM | Package data transmitted to FedEx | | |

[ Signature proof ]    [ E-mail results ]    [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

**Your Name:**    **Your E-mail Address:**

| E-mail address | Language | Exception updates | Delivery updates |
|---|---|---|---|
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |
| | English | ☐ | ☐ |

# Mary Lee Evers

**From:** TrackingUpdates@fedex.com
**Sent:** Wednesday, November 21, 2007 1:49 AM
**To:** Mary Lee Evers
**Subject:** FedEx Shipment 791801319053 Delivered

---

This tracking update has been requested by:

```
Company Name:                   SMRH
Name:                           Mary Lee Evers
E-mail:                         mevers@sheppardmullin.com
```

---

Our records indicate that the following shipment has been delivered:

```
Reference:                      13ML.132646
Ship (P/U) date:                Nov 16, 2007
Delivery date:                  Nov 21, 2007 11:23 AM
Sign for by:                    .VISHRAM
Delivered to:                   Receptionist/Front Desk
Service type:                   FedEx International Priority
Packaging type:                 FedEx Envelope
Number of pieces:               1
Weight:                         1.00 lb.
Special handling/Services:      Deliver Weekday

Tracking number:                791801319053
```

```
Shipper Information             Recipient Information
MARY LEE EVERS                  IMS SHIP MANAGEMENT PVT. LTD.
SMRH                            12-A, EARNEST HOUSE;194, NCPA
30 ROCKEFELLER CENTER           MARG, NARIMAN POINT
NEW YORK                        MUMBAI
NY                              IN
US                              400021
10112
```

Please do not respond to this message. This email was sent from an unattended mailbox. This report was generated at approximately 12:49 AM CST on 11/21/2007.

To learn more about FedEx Express, please visit our website at fedex.com.

All weights are estimated.

To track the latest status of your shipment, click on the tracking number above, or visit us at fedex.com.

This tracking update has been sent to you by FedEx on the behalf of the Requestor noted above. FedEx does not validate the authenticity of the requestor and does not validate, guarantee or warrant the authenticity of the request, the requestor's message, or the accuracy of this tracking update. For tracking results and fedex.com's terms of use, go to fedex.com.

Thank you for your business.

11/21/2007