*Rakoff, J.*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLORENS CONTAINER INC., <br><br> Plaintiff, <br><br> v. <br><br> IMS SHIP MANAGEMENT PVT. LTD., <br><br> Defendant. | Case No. 1:07-cv-07695-JSR <br><br> **JUDGMENT** |

    The Court has considered plaintiff's application for entry of judgment and the declaration of Captain S.C. Sood, defendant's chief executive officer. Defendant does not contest its liability to plaintiff under the agreement alleged in the Complaint, Equipment Agreement NO. ML-IMSSHIP-01, effective date, April 15, 2005 (as amended)(the "Agreement"). The Court therefore enters judgment in plaintiff's favor and against defendant in the amount of $196,338.97. This amount shall accrue post-judgment interest in accordance with 28 U.S.C. § 1961. Plaintiff may immediately register this judgment for execution in any other district in accordance with 28 U.S.C. § 1963 and need not await expiration of the time to appeal.

    Plaintiff is entitled to all funds presently under attachment in this action, which shall apply against the judgment amount upon plaintiff's receipt of them. The Court directs any party having control over attached funds immediately to release those funds to plaintiff's counsel.

W02-WEST:5DC\400687188.2      -1-

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-6-08

This judgment does not affect plaintiff's ability subsequently to sue for and recover for (a) amounts owing under the Agreement that accrue on or after February 15, 2008 and (b) attorneys fees and costs incurred in pursuing this action.

Dated: 3/5/08

_____
United States District Judge

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____

Lisa M. Lewis (LL 6695)
SHEPPARD MULLIN RICHTER & HAMPTON LLP
30 Rockefeller Plaza
Suite 2400
New York, New York 10112
(212) 332-3800

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| FLORENS CONTAINER INC., <br><br> Plaintiff, <br><br> v. <br><br> IMS SHIP MANAGEMENT PVT. LTD., <br><br> Defendant. | Civil Action No. 1:07 cv 07695-JSR <br><br> **DECLARATION OF CAPTAIN S.C. SOOD WITH REGARD TO CONSENT JUDGMENT** |

I, Captain S.C. Sood, declare as follows:

1. I am the chief executive of defendant, IMS Ship Management Pvt. Ltd. ("IMS"), and submit this declaration on its behalf.

2. IMS consents to the jurisdiction of the United States District Court for the Southern District of New York, waives service of process, and is willing to have the Court enter judgment against IMS for the amount stated in this declaration.

3. As of February 15, 2008, IMS concedes that it owes $196,338.97 to Florens under the agreement (the "Agreement") referred to in the complaint in this action.

4. The amounts referred to in the Paragraph 3 cover only amounts accruing through February 14, 2008. Further amounts will accrue under the Agreement. If IMS does not pay the $196,338.97 referred to in Paragraph 3, IMS consents to Florens reviving this action or instituting a new action to recover for amounts accrued after February 14, 2008. Entry of

judgment for amounts due through February 14, 2008 will not affect Florens' ability to recover amounts accruing after that date.

5. The amounts referred to in the Paragraph 3 do not cover attorneys fees and costs incurred in pursuing this action. If IMS does not pay the $196,338.97 referred to in Paragraph 3, IMS consents to Florens reviving this action or instituting a new action to recover for attorneys fees and costs incurred in pursuing this action. Entry of judgment for amounts due through February 14, 2008 will not affect Florens' ability to recover for attorneys fees and costs incurred in pursuing this action.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on February 25, 2008



_____
Capt. S.C. Sood

-2-